# The City of Chester *v.* William B. Bullock.

Argued March 1, 1898. Appeal, No. 31, Jan. T., 1898, by defendant, from judgment of C. P. Delaware Co., Dec. T., 1894, No. 27, on verdict for plaintiff. Before STERRETT, C. J., GREEN, McCOLLUM, DEAN and FELL, JJ. Affirmed.